| | | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva, Suite 1 - 400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

April 23, 2025

Lawrence Gray on behalf of Zion Gray
5707 TPC Pkwy Apt. 1726
San Antonio, TX 78261

**RE: Case # 5:25-CV-00443-XR-ESC**

Dear Mr. Gray:

    Your Complaint was filed in our office on 04/17/2025 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                                          Sincerely,

                                          By__TT_____
                                          Deputy Clerk